**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.:**

VENUS FASHION, INC.,

Plaintiff,

vs.

CHANGCHUN CHENGJI TECHNOLOGY
CO., LTD.
AUKEY INTERNATIONAL LIMITED, and
AUKEY E-BUSINESS CO., LTD.,

Defendants.
_____/

**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

Plaintiff Venus Fashion, Inc. ("Venus"), by and through its undersigned attorneys, Dykema Gossett PLLC, sues Defendants Changchun Chengji Technology Co., Ltd., Aukey International Limited, and Aukey E-Business Co., Ltd. d/b/a the domain name Vessos.com ("Vessos") and alleges:

**NATURE OF THE SUIT**

1. This case arises out of Vessos's unauthorized use of Venus's original photographic creations of Venus's clothing designs that are registered copyrights (the "Images"). Copies and derivative versions of these Images (the "Infringing Photographs") were used on Vessos's competing website located at domain name www.Vessos.com without the permission or authorization of Venus.

2. Venus files this lawsuit for copyright infringement under 17 U.S.C. §101, *et. seq.*

{38755646;1}

## **THE PARTIES**

3. Venus is a Delaware corporation with its principal place of business at 11711 Marco Beach Drive, Jacksonville, Florida 32224.

4. Venus, its affiliates and subsidiaries, is the creator, owner, and publisher of the Images and has exclusive rights to the Images.

5. Upon information and belief, Changchun Chengji Technology Co., Ltd., is either located in the People's Republic of China at Room 601, 608, Building H, Jilin Northeast Asia Cultural Technology Park, No. 5588 Feiyue road, Gaoxin district, Changchun city, Jilin province or located in the People's Republic of China at Room 601, 6/F, Building D, No. 155, Jinhe Street, Gaoxin District, Changchun, China and operates its business in the United States. Upon information and belief, Changchun Chengji Technology Co., Ltd. holds the United States Trademark registration for the Vessos trademark and is also involved in the development of the www.vessos.com website and the operation of Vessos.

6. Upon information and belief, Aukey International Limited is located in the People's Republic of China at No. 102, Building P09, China South City, No. 1 China South Road, Pinghu Street, Longgang District, Shenzhen City, Guangdong province, China and operates its business in the United States. Upon information and belief, payments to Vessos, which are processed by PayPal, are credited to Aukey International Limited and Aukey International Limited is also involved in the development of the www.vessos.com website and the operation of Vessos.

7. Upon information and belief, Aukey E-Business Co., Ltd. is located in the People's Republic of China at No. 102, Building P09, China South City, No. 1 China South Road, Pinghu Street, Longgang District, Shenzhen City, Guangdong province, China and operates its business in the United States. Upon information and belief, Aukey E-Business Co.,

Ltd. is the registrant and administrator for the vessos.com domain name, processes orders on behalf of Vessos, is also involved in the development of the www.vessos.com website and the operation of Vessos.

## JURISDICTION AND VENUE

8. This Court has subject matter jurisdiction over the copyright claims pursuant to 28 U.S.C. §§1331 and 1338. Venus is the owner of all right, title and interest in and to the copyrights in the Images and the copyright registrations therefor, Reg. Nos. TX0008060111, TX0008161774 and TXu 1-987-646, which are the registration of the Images. Copies of the Registration Certificates are attached hereto as Composite Exhibit A1, A2 and A3, respectively.

9. This Court has personal jurisdiction over Vessos, because Vessos conducts substantial business in the District, has and is knowingly and intentionally engaging in tortious acts within the District, and has and is knowingly and intentionally engaged in tortious acts expressly aimed at this District and which cause injury within this District through at least its Internet based ecommerce store at www.vessos.com.

10. Venue is proper in the Southern District of Florida pursuant to 28 U.S.C. §§1391 and 1400 since Vessos is, upon information and belief, aliens who engage in infringing activities and cause harm within this District. Vessos has also advertised, offered for sale, and made sales and shipped and/or sold infringing products into this District.

## VENUS AND VENUS'S OWNERSHIP OF THE IMAGES

11. Venus is a Florida-based fashion business created in 1982 by Doyle Scott in his college dorm room. Venus, which began in the business of creating competition bodysuits, has grown into a highly successful women's swimwear and clothing designer and developer. Venus designs and develops its products, processes orders, and markets its products all from its operations in Florida. Venus employs over 650 people in the State of Florida.

12. In the course of operating its fashion business, Venus is the author of the Images of its fashion designs. Accordingly, Venus owns all copyrights in and to the Images.

13. Venus registered the Images with the United States Copyright Office (the "Copyright Office") under registration numbers TX0008060111 registered January 8, 2015, TX0008161774 registered February 23, 2016, and TXu 1-987-646, registered April 14, 2016. These registrations were obtained prior to any known infringement.

14. Venus displays the Images in several locations, including on its website at www.venus.com and in its catalog, as part of its online retail operations.

**VESSOS'S UNAUTHORIZED USE OF VENUS'S IMAGES**

15. Vessos provides an online and mobile shopping marketplace. Users can access Vessos through the Internet at www.Vessos.com.

16. As a part of its business, Vessos promotes its marketplace through promotional emails, banner ads and other communications.

17. Numerous Venus Images have been copied and displayed by Vessos as photographs on the Vessos marketplace website to advertise and sell its goods which compete with those of Venus – often of inferior quality and at deep discounts from the Venus goods. These Infringing Photographs displayed by Vessos are either identical to Venus Images displayed on the Venus website, or they are substantially similar or derivatives of the Venus Images. For example, the Infringing Photographs are similar or derivative uses of the Images with the head of the model chopped off, the product photo-shopped a different color or the Image flipped to mirror the original Image. Several comparisons of Venus Images and Infringing Photographs are included below:



18. Venus has received numerous complaints of actual confusion by Venus and Vessos customers who believe that they are purchasing Venus products from Vessos because the Infringing Photographs are identical or substantially similar to the Images only to find out that the merchandise purchased from Vessos is of poor quality and looks nothing like the merchandise shown in the Images. In addition, other customers have complained that Venus has been overcharging its customers because they saw the exact same image of a product on www.vessos.com.

{38755646;1} 5

**VENUS LEARNS OF VESSOS'S UNAUTHORIZED USE OF ITS IMAGES**

19. In or about March 2016, Venus became aware that its Images were copied and displayed as the Infringing Photographs publically on the Vessos website without permission or authorization from Venus.

20. On or about March 23, 2016, Venus notified Vessos by email (to service@vessos.com, the only listed way to contact Vessos on the vessos.com website) that approximately five of the Images displayed on the Vessos website are protected by copyright TX0008060111.

21. "Jessie", an employee of Vessos, replied asking for the copyright registration number but never responded to repeated requests to take down the Infringing Photographs.

22. Venus sent a follow up letter on June 3, 2016 notifying Vessos of the continued and significantly expanded unauthorized use of Venus's Images on the Vessos.com. By June 3, 2016, Vessos had displayed approximately 96 Infringing Photographs protected by copyright TX0008161774. Venus demanded that Vessos take down the Infringing Photographs and provide an explanation why Vessos did not properly address its prior and continued infringement (the "June 3 Letter"). The demand included that Vessos cease and desist all use of the Infringing Photographs, destroy the Infringing Photographs and provide the contact information for any supplier who posted a Venus Image or any customer who bought a product that was advertised using a Venus Image.

23. Vessos never replied to the June 3 Letter.

24. Vessos continues to display many of the same Infringing Photographs that Venus identified as far back as March, 2016 and continues to add new Infringing Photographs to its

website and other social media platforms. Based on a review completed by Venus on June 30, 2016, there are at least 200 Infringing Photos recently copied and displayed on Vessos's website.

25. At no time did Venus grant or Vessos obtain permission or authorization from Venus to use, alter, display or distribute its Images or any part thereof in any manner.

## COUNT I – DIRECT COPYRIGHT INFRINGEMENT

26. Venus incorporates by reference the allegations in paragraphs 1-26 above as if fully set forth herein.

27. Venus created the Images and owns valid protectable copyrights in the Images. Venus registered the Images with the United States Copyright Office. The Copyright Registration numbers are TX0008060111, TX0008161774 and TXu 1-987-646.

28. Vessos had access to and copied the copyrighted Images and displayed the Infringing Photographs that are substantially similar or identical to, or derivative works of, those Images on the Vessos website, social media pages, promotional emails, banner ads, and other locations.

29. Venus notified Vessos of Vessos's unauthorized use of the Infringing Photographs.

30. The acts of Vessos constitute willful infringement of Venus's copyrights of the Images, of the copyrights in violation United States copyright laws, of 17 U.S.C. §§ 106 and 501.

31. Each such infringement by Vessos of the Images constitutes a separate and distinct act of infringement.

32. Venus has suffered actual and irreparable injury for which no adequate remedy exists at law, as a direct and proximate cause of Vessos's unauthorized use of the Images. Unless enjoined, Vessos will continue to irreparably damage Venus.

33. Venus is entitled to, pursuant to 17 U.S.C. §502, temporary and permanent injunctive relief restraining and enjoining Vessos and any affiliated persons or businesses from infringing on Venus's copyrights of the Images.

34. Pursuant to 17 U.S.C. §504, Venus is entitled to recover, at its election: 1) all damages sustained as a result of Vessos's unlawful conduct including Venus's actual damages and any profits of Vessos that are attributable to the infringement and are not a part of Venus's actual damages; or 2) statutory damages in the amount of $150,000 for each and every act of infringement.

35. Venus has retained the undersigned counsel and is entitled to its attorneys' fees and full costs pursuant to 17 U.S.C. §505.

## **CLAIM FOR RELIEF**

WHEREFORE, Plaintiff Venus respectfully requests this court to:

i) enter a preliminary and permanent injunction jointly and severally against Vessos requiring Vessos and any other affiliated person or businesses to:

a) remove all infringing copies of Venus Images from the Vessos website; social media pages, including but not limited to Facebook; promotional materials, emails, and messages; online and print advertisements; and any other use;

b) cease and desist using copies and derivative works of Venus Images on the Vessos website; social media pages, including but not limited to Facebook; promotional materials, emails, and messages; online and print advertisements; and any other use;

c) destroy all copies of Venus's Images and any materials containing the Venus Images, or derivatives thereof, including digital and electronic copies, within Vessos's or any other affiliated person or possession, custody or control;

d) prohibit transfer of www.vessos.com during the pendency of this action;

    e)  redirect and disable www.vessos.com; and

    f)  prevent the transfer of Vessos's assets.

  ii)  enter a judgment in favor of Venus awarding Venus, at its election: 1) all damages sustained as a result of Vessos's unlawful conduct including Venus's actual damages and any profits of Vessos that are attributable to the copyright infringement and are not a part of Venus's actual damages; or 2) statutory damages in the amount of $150,000 for each and every act of infringement;

  iii)  award pre- and post-judgment interest according to the law;

  iv)  award Venus its reasonable attorneys' fees and costs; and

  v)  grant such other and further relief as this court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

                Respectfully submitted,

Dated: July 21, 2016        By: /s/ Peter A. Chiabotti
                  Allan Gabriel
                  *Pro Hac Vice Pending*
                  Dykema Gossett PLLC
                  333 South Grand Avenue
                  Suite 2100
                  Los Angeles, CA 90071
                  Telephone: 213-457-1800
                  Facsimile: 213-457-1850
                  agabriel@dykema.com

                  Aaron D. Charfoos
                  *Pro Hac Vice Pending*
                  Dykema Gossett PLLC
                  10 S. Wacker Drive
                  Suite 2300
                  Chicago, IL 60606
                  Telephone: (312) 876-1700
                  Facsimile: (312) 876-1155
                  acharfoos@dykema.com

        David Otero
        Akerman LLP
        Florida Bar No. 651370
        david.otero@akerman.com
        50 N. Laura Street, Suite 3100
        Jacksonville, FL 32202
        Telephone: (904) 798-3700
        Facsimile: (904) 798-3730

        Peter A. Chiabotti
        Akerman LLP
        Florida Bar No. 0602671
        peter.chiabotti@akerman.com
        220 Lakeview Avenue, Suite 400
        West Palm Beach, FL 33401
        Telephone: (561) 653-5000
        Facsimile: (561) 659-6313

        *Attorneys for Plaintiff Venus Fashion, Inc.*