# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-cv-61752-Dimitrouleas/Snow

VENUS FASHION, INC.,

      Plaintiff,

vs.

CHANGCHUN CHENGJI TECHNOLOGY
CO., LTD.
AUKEY INTERNATIONAL LIMITED, and
AUKEY E-BUSINESS CO., LTD.,

      Defendants.

_____/

**Declaration of Aaron Charfoos In Support of Plaintiff's Emergency Motion
For An Order Authorizing Alternate Service Of Process On Defendants
To Meet Court Ordered August 22 Deadline**

I, Aaron Charfoos, declare and state as follows:

1.     I am an attorney with law firm of Dykema Gossett PLLC, 10. S. Wacker Dr., Suite 2300, Chicago, Illinois, and I am counsel of record for Plaintiff Venus Fashion, Inc. I submit this Declaration in support of Plaintiff's Emergency Motion For An Order Authorizing Alternate Service Of Process On Defendants To Meet Court Ordered August 22 Deadline. I am personally knowledgeable of the matters set forth in this declaration and, if called upon to do so, I could and would competently testify to the following facts set forth below.

2.     Vessos' website, www.vessos.com. lists no physical address or phone number to contact Vessos. Attached as Exhibit A is a true and correct copy of the Contact Us page on www.vessos.com.

3.     Attached as Exhibit B are true and correct copies of United States Patent and Trademark office records. According to those records, Changchun Chengji Technology CO.,

LTD. ("Changchun") is the owner of the Vessos trademark registration and has an address of:

Changchun Chengji Technology Co., Ltd.
Room 601, 6/F, Building D, No. 155
Jinhe Street
Gaoxin District
Changchun China

4. The records in Exhibit B also list three contacts in the United States for all of Changchun's U.S. trademark registrations. Those contacts are:

Yanling Jiang
Ziliak Law, LLC
141 W. Jackson Blvd. Suite 4048
Chicago, IL 60604

Zhou Emei
616 Corporate Way, Suite 2-5451
Valley Cottage, NY 10989

Anthea Lee
10685B Hazelhurst Dr. #9123
Houston, TX 77043-3238

5. Attached as Exhibit C is a true and correct copy of the June 3, 2016, correspondence from Venus's counsel to Vessos identifying approximately 92 photographs on the www.vessos.com website that appeared to be identical to Venus's copyrighted images. The letter was sent to the physical address listed for Changchun and all of its known U.S. counsel along with emails to the service@vessos.com email address and the email addresses for all three U.S. counsel. Venus received no "undeliverable" messages for the email communications. Venus received no response to its emails and Federal Express notified Venus that the letter sent to the physical address for Changchun had been declined to be accepted. The only response that Venus received was from the office of Ms. Yanling Jiang who stated that Ms. Jiang did not represent Vessos in this matter and asked counsel for Venus to contact Vessos directly using the email address listed on the website.

6. Venus also engaged an investigator, Robert Jackson and Associates, Inc. to obtain more information about Vessos and any related companies. The investigator purchased an item from the www.vessos.com website, and the investigator determined that payment to PayPal was credited to Aukey International Limited (digital.store072010@gmail.com) and the PayPal website states that orders are "processed from Shenzhen Aukey E-Business Co., Ltd in China South City, Pinghu Town, Longgang District, Shenzhen, Guangdong, China." Attached as Exhibit D is a true and correct copy of the investigator's report, dated August 17, 2016, and attached as Exhibit E is a true and correct copy of the Order Confirmation from the investigator's purchase on www.vessos.com.

7. Attached as Exhibit F is a true and correct copy of a printout from Whois.com, showing Shenzhen Aukey E-Business Co., Ltd., as the registrant of www.vessos.com.

8. Defendants have structured the www.vessos.com website so that the only means for customers to purchase their goods is by placing an order over the Internet. Defendants appear to take and confirm orders solely through the website and answer inquiries and provide shipping notices only via e-mail. Furthermore, Defendants instruct customers to contact Vessos via e-mail with any questions or concerns. Accordingly, Defendants do not provide any valid physical addresses or even operational phone numbers where customers can contact them or locate their business.

9. Plaintiff mailed all pleadings and orders to Defendants via certified mail, return receipt requested, to all addresses that Plaintiff identified for Defendants.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 17, 2016 at Snowmass, Colorado.

/s/ Aaron Charfoos