# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-cv-61752-Dimitrouleas/Snow

VENUS FASHION, INC.,

    Plaintiff,

vs.

CHANGCHUN CHENGJI TECHNOLOGY
CO., LTD.
AUKEY INTERNATIONAL LIMITED, and
AUKEY E-BUSINESS CO., LTD.,

    Defendants.
_____/

### Declaration of Robin Sheffler In Support of Plaintiff's Emergency Motion For An Order Authorizing Alternate Service Of Process On Defendants To Meet Court Ordered August 22 Deadline

I, Robin Sheffler, declare and state as follows:

1. I am the Controller for Venus Fashion, Inc. ("Venus"). I submit this Declaration I support of Plaintiff's Emergency Motion For An Order Authorizing Alternate Service Of Process On Defendants To Meet Court Ordered August 22 Deadline. I am personally knowledgeable of the matters set forth in this declaration and, if called upon to do so, I could and would competently testify to the following facts set forth below.

2. Attached as Exhibit A is a true and correct copy of the March 23, 2016, email from Venus to service@vessos.com, notifying Vessos that its website contained a photograph which appeared to be identical to one of Venus's copyrighted images.

3. On August 15, 2016, less than 12 hours after www.vessos.com was redirected to www.venuscopyrightenforcement.com/vessos in accordance with the Temporary Restraining

{38991770;1}

Order, Venus's website, www.venus.com, was maliciously forced offline by a cyber-attack of currently unknown origin.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of August 2016, at Jacksonville, Florida.

	*[signature]*
	Robin Sheffler