# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 16-cv-61752-Dimitrouleas/Snow

VENUS FASHION, INC.,

      Plaintiff,

vs.

CHANGCHUN CHENGJI TECHNOLOGY
CO., LTD.
AUKEY INTERNATIONAL LIMITED, and
AUKEY E-BUSINESS CO., LTD.,

      Defendants.

_____/

**Declaration Of Peter A. Chiabotti In Support of Plaintiff's Emergency Motion**
**For An Order Authorizing Alternate Service Of Process On Defendants**
**To Meet Court Ordered August 22 Deadline**

I, Peter A. Chiabotti, declare and state as follows:

1.       I am an attorney with the law firm of Akerman LLP, 777 South Flagler Drive, Suite 1100 West Tower, West Palm Beach, FL 33401, and I am counsel of record for Plaintiff Venus Fashion, Inc. I submit this Declaration in support of Plaintiff's Emergency Motion For An Order Authorizing Alternate Service Of Process On Defendants To Meet Court Ordered August 22 Deadline. I am personally knowledgeable of the matters set forth in this declaration and, if called upon to do so, I could and would competently testify to the following facts set forth below.

2.       Attached as Exhibit A is a true and correct copy of an August 15 email received from "Jason" using the email address tongwenping@aukeys.com. The email forwarded an email from domain name registrar GoDaddy sent to the email address domain@aukeys.com, which is the email address used to register the vessos.com domain. GoDaddy informed the registrant that

the domain was locked and disabled in accordance with the Court's August 12 Temporary Restraining Order, Dkt. No. 14.  The email from tongwenping@aukeys.com was sent within 30 minutes of receipt of the GoDaddy email at to domain@aukeys.com.

       3.     On August 15, 2016 and since, Plaintiff has served Defendants with all pleadings and orders and other documents issued by the Court via publication on Plaintiff's Internet website at www.venuscopyrightenforcement.com/vessos/.

       I declare under penalty of perjury that the foregoing is true and correct.  Executed this 18th day of August 2016, at West Palm Beach, Florida.

/s/Peter A.Chiabotti
Peter A. Chiabotti