UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

VENUS FASHION, INC.

PLAINTIFF(S)

CASE NUMBER
0:16−cv−61752−WPD

v.

CHANGCHUN CHENGJI TECHNOLOGY CO., LTD,
et al.,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Changchun Chengji Technology Co., Ltd**
**Aukey International Limited**
**Aukey E−Business Co., Ltd**

as of course, on the date September 15, 2016.

**STEVEN M. LARIMORE**
CLERK OF COURT

By  /s/ *Autumn Sandoval*
Deputy Clerk

cc: Judge William P. Dimitrouleas
    Venus Fashion, Inc.